372 A.2d 421

Commonwealth v. Harris, Appellant.

Argued December 9, 1976. Robert Sanders, with him Robert B. Mozenter, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.